UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH M. GROMADA, | : | Case No. 1:05-cv-197 |
| | : | |
| Plaintiff, | : | Watson, J. |
| | : | Black, M.J. |
| vs. | : | |
| | : | |
| | : | |
| STANDARD INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendant. | : | **ORDER** |

      This matter, and related case *Gromada v. Standard Insurance Company, et al.*, No. 1:05-cv-105, came before the undersigned Magistrate Judge on April 12, 2006 for an informal status conference by telephone.  The parties, by counsel, advised the undersigned that they have reached a settlement but that issues remain concerning the consummation of the settlement.

      Based on the parties' representations, and the Court being sufficiently advised, **IT IS HEREIN ORDERED** as follows:

      1.     A status conference is set in this case for **May 31, 2006 at 10:00 a.m. via telephone**.  Counsel shall timely call in to 513-564-7260 to participate; and

      2.     For good cause shown, and in light of the circumstances of this case, the time in which Defendant Standard Insurance Company may respond to Plaintiff's motion

to consolidate (Doc. 20) is extended up to and including **June 1, 2006**.

    **IT IS SO ORDERED**.


Date:  4/12/06                                               s/Timothy S. Black
                                                                  Timothy S. Black
                                                                  United States Magistrate Judge