# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Joseph M. Gromada, M.D., <br><br> Plaintiff, <br><br> v. <br><br> Standard Insurance Company, <br><br> Defendant. | Case No. 1:05-cv-00197-MHW-TSB <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Timothy S. Black |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the terms of Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated that this action and all claims that were or could have been asserted by plaintiff herein are dismissed <u>with</u> <u>prejudice</u>.  Each party shall bear its/his own costs.

IT IS SO STIPULATED:

 /s/     Robert Armand Perez Sr.
Robert Armand Perez Sr. (0009713)
   rperez@cinci.rr.com
   Trial Attorney
THE PEREZ LAW FIRM CO., LPA
7672 Montgomery Road #378
Cincinnati, Ohio  45236-4202
Telephone:  (513) 891-8777
Facsimile:  (513) 891-0317


Attorneys for Plaintiff

 /s/ Matthew W. Lampe
Matthew W. Lampe (0041996)
   mwlampe@jonesday.com
   Trial Attorney
J. Todd Kennard (0068441)
   jtkennard@jonesday.com
JONES DAY
Mailing Address:
   P.O. Box 165017
   Columbus, OH  43216-5017
Street Address:
   325 John H. McConnell Blvd.
   Suite 600
   Columbus, OH  43215-2673
Telephone:  (614) 469-3939
Facsimile:  (614) 461-4198

Attorneys for Defendant